**FILED**

APR 1 2 2021  CM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Isrrael Mata

Case #: 1:16-cr-00463 (Defendant 11)

April-5-2021

your honorable Judge Kendall, I am writing you this letter to inform you that I been having trouble communicating with my lawyer. I have asked my lawyer to file a defendants' Version to the P.S.I that I would be in agreement with, but he filed it with out me even going through it. I was not in agreement with the Defendants Version that my attorney file to the P.S.I nor did I view it before it was filed. I have spoken to my attorney on numerous Occasions about issues that Pertain to my Sentencing and case. My attorney advised me to plea guilty by a plea Declaration so we would be able to argue at my Sentencing certain legal issues, and now over two years later he is telling me that we cannot make the legal arguements at Sentencing that he promised me we would be able to make, when he advised me to take the plea Declaration. I have asked my attorney simple Questions that I believe deserves clear answers about the case and my Situation and as to date he has not given me any answers. These Questions that I have are very important to my Sentencing and case and I would not feel comfortable going forward with

my Sentencing and Case with Out having these Questions answer. I have all the correspondents between my self and my attorney that would show that I have constantly been telling him about this. If I can please get a court date so I can address this matter infront of your honor, I would really appreciate it.
    Thank you very much.

                                        Isrrael Mata # 51446-424

Isirael Mata #514416-424
Metropolitan Correctional Center
71 W Van Buren st
Chicago IL 60605

Clerk
U.S. DISTRICT COURT
219 South Dearborn St
Chicago, IL 60604

Legal Mail

04/12/2021-3

CORRECTIONAL C
IEN ST ICAGO, IL

APR 0 6 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.