# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:16–cr–00463
Honorable Virginia M. Kendall

Israel Mata, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 27, 2021:

MINUTE entry before the Honorable Virginia M. Kendall as to Israel Mata. On the Court's own Motion due to Jury Trial schedule and by agreement of Parties, Sentencing set for 8/6/2021 is reset for 10/14/2021 at 10:00 AM. Position Papers shall be filed by 9/30/2021. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.