**FILED**

JAN 05 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Honorable Judge Kendall                    Dec-28-2021

   I am writing you today to ask you if you can please help me clear up and better understand certain things that my attorney is telling me.

I am confused because my attorney keeps telling me that the Rico conspiracy that I was Indicted on Raul cavillo # 16 CR 00463 that the Indictment states that the Rico Conspiracy begins in 2011. The reason I am Confused is because the Indictment I recieved from the Same attorney back when I was arraign back in 2-08-18 in front of you your Honor and I recieved a copy of an indictment which I believe it's what im charged with, because my name is on it, The Indictment goes back to 1999. So I don't know if the indictment Im on has since been changed to inclued that the Rico Conspiracy begins in 2011 for the whole case and if it has been changed because my attorney is Convince that the date of the Indictment states 2011, then I have never recieved a copy of that Indictment. I want to ask you if you can please order that my attorney gives me a copy of this Indictment, please.

  The reason all this is a major concern to me is because it pertains to some very important legal issues that I want my attorney to bring to your Honors attention. I don't know if it would be permisable for me to bring these legal issues to you instead of my attorney, so thats why im not inclueding them in this letter.

If you can please give me a court date to get this cleard up, I would really appreciate it and be greatfull for it. I don't wish to waste anymore of thee courts time your Honor and I really apologize for it. I know my Sentencing is Schedule for 2-10-22, but to date my attorney has not been in communication. He had told me to give him to the second week of December, but nothing yet. I haven't even received a copy of my Sentencing memorandum from my attorney or a copy of this Indictment that starts in 2011, that he tells me im charged with. I have all the Emails between me and MR. Lopez telling me that my Indictment starts in 2011, But again I do not know if it's permisable to include them in this letter. If you do give me a court date, I would make sure I take the copies of the Email with me. Thank you very much, have a bless day!

Israel Urata #51446-424

U.S. v. Cavillo
CASE # 16-CR-00463 (Defendant 11)



Israel Mata # 51446-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

LEGAL MAIL

01/05/2022-6

60604-189423

S SUBURBAN IL 604
30 DEC 2021 PM 4 L

OFFICE OF THE CLERCK OF THE U.S. District Court
Prisoner Correspondance (CASE # 16-CR-00463-DEF 11)
United States Court house
219 S. Dearborn St
Chicago IL 60604

S. V. Cavillo # 16 CR-00463

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST., CHICAGO

LEGAL MAIL

If the writer of the enclosed
you may wish to return it.
If the writer encloses
please return the enclosed